THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAMAPO MANUFACTURING COMPANY, Appellant, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission of the State of New York, Respondents.

(Argued January 22, 1934; decided February 27, 1934.)

*Albert Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.